| | | |
|---|---|---|
| **STATE OF LOUISIANA** | * | **NO. 2019-K-0642** |
| **VERSUS** | * | |
| | | **COURT OF APPEAL** |
| **ROLAND BUTLER** | * | |
| | | **FOURTH CIRCUIT** |
| | * | |
| | | **STATE OF LOUISIANA** |

* * * * * * *



APPLICATION FOR WRITS DIRECTED TO
CRIMINAL DISTRICT COURT ORLEANS PARISH
NO. 543-114, SECTION "G"
Honorable Dennis J. Waldron, Judge
* * * * * *
**Judge Joy Cossich Lobrano**
* * * * * *
(Court composed of Judge Edwin A. Lombard, Judge Joy Cossich Lobrano, Judge
Sandra Cabrina Jenkins)

*Jenkins. J., Dissents and Assigns Reasons*


Leon A. Cannizzaro, Jr.
District Attorney
Scott G. Vincent
Assistant District Attorney
Parish of Orleans
619 S. White St.
New Orleans, LA 70119


        COUNSEL FOR RESPONDENT

Sierra Thompson
Orleans Public Defenders
2601 Tulane Ave., 7th Floor
New Orleans, La. 70119

        COUNSEL FOR RELATOR


                                        **DENIED.**
                                **AUGUST 30, 2019**

*JCL, EAL*    Defendant, Roland Butler, seeks review of the district court's

ruling dated June 12, 2019, denying his motion to suppress. The writ is

denied.